HARRY GOLDSTEIN, as Administrator of the Estate of JACOB GOLDSTEIN, Deceased, Appellant, v. SAMUEL ROSENBERG, Respondent. SOLOMON F. WEISSLER, as Receiver, Appellant.— Motion for reargument denied, with ten dollars costs.

Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied, without costs. [See 267 App. Div. 1003.] Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.